```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 63788
    IDELLA L ROBINSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-3283


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 12/06/2005 and was confirmed 02/09/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  27.70%.

     The case was dismissed after confirmation 01/10/2008.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
B-LINE LLC                  UNSECURED         993.98          .00          98.17
RESURGENT CAPITAL SERVIC    UNSECURED        3237.53          .00         358.31
B-LINE LLC                  UNSECURED         978.66          .00          96.65
CAPITAL ONE                 UNSECURED         692.79          .00          68.42
NCO FINANCIAL SYSTEMS       UNSECURED       NOT FILED         .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED        2242.46          .00         248.17
PREMIER BANCARD CHARTER     UNSECURED         555.10          .00          54.79
LVNV FUNDING SERVICES       UNSECURED        5539.05          .00         613.02
WEST ASSET MANAGEMENT IN    UNSECURED       NOT FILED         .00            .00
CAPITAL ONE                 UNSECURED         965.28          .00          95.32
CAPITAL ONE                 UNSECURED         891.79          .00          88.08
B-LINE LLC                  NOTICE ONLY    NOT FILED         .00            .00
TIMOTHY K LIOU              DEBTOR ATTY     2,761.20                    2,251.98
TOM VAUGHN                  TRUSTEE                                       227.19
DEBTOR REFUND               REFUND                                           .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              4,200.10

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                    1,720.93
ADMINISTRATIVE                               2,251.98
TRUSTEE COMPENSATION                           227.19
DEBTOR REFUND                                     .00
                     --------------         --------------
TOTALS               4,200.10                4,200.10
```

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 63788 IDELLA L ROBINSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 04/23/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
        CASE NO. 05 B 63788 IDELLA L ROBINSON
```